UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Clark, as Trustee for the Heirs and
Next of kin of Jamar Lemont Clark, decedent,

    Plaintiff,

v.                                                ORDER
                                                    Civ. No. 17-1973 (MJD/TNL)

Officer Dustin Schwarze, in his Official
Capacity as a Minneapolis Police Officer
And Officer Mark Ringgenberg, in his
Official Capacity as a Minneapolis
Police Officer,

    Defendants.

---

    IT IS HEREBY ORDERED that a status conference shall be held on Wednesday, May 8, 2019 at 10:00 a.m. in Courtroom 13E of the United States Courthouse, 300 South Fourth Street, Minneapolis, MN.

    IT IS FURTHER ORDERED that counsel for the parties, Mayor Jacob Frey, City Council President Lisa Bender, Minneapolis Police Chief Medaria Arradondo and City Attorney Susan Segal shall appear at the above scheduled status conference.

Date: May 6, 2019

                                                       s/ Michael J. Davis
                                                       Michael J. Davis
                                                       United States District Court