UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| James Clark, as Trustee for the Heirs and next of Kin of Jamar Lemont Clark, decedent.<br><br>                   Plaintiff,<br><br>Officer Dustin Schwarze, in his Official Capacity as a Minneapolis Police Officer and Officer Mark Ringgenberg, in his Official Capacity as a Minneapolis Police Officer,<br><br>                   Defendants. | Court File No. 17-cv-01973 (MJD/TNL)<br><br>**STIPULATION TO AMEND THE COMPLAINT** |

_____

      WHEREAS, Plaintiff's expert has opined that Defendant Dustin Schwarze's use of deadly force was objectively reasonable;

      WHEREAS, the parties previously filed a stipulation requesting that this Court dismiss Defendant Dustin Schwarze from this lawsuit with prejudice and without costs or fees to any party;

      WHEREAS, Defendant Mark Ringgenberg did not use deadly force on Jamar Clark;

      WHEREAS, the claims remaining in this action after the dismissal of Defendant Dustin Schwarze shall be for damages directly arising from Defendant Mark Ringgenberg's use of force on Jamar Clark;

      NOW THEREFORE, pursuant to Fed. R. Civ. P. 15(a)(2), the parties hereby stipulate and agree to the Plaintiff filing the proposed amended complaint filed herewith.

Dated: May 7, 2019                      LAW OFFICES OF WILLIAM STARR

*s/ William Starr*_____
William Starr (104504)
750 2nd Street NE
Hopkins, MN 55343-1825
(952) 404-3325
Email: wstarr@starrlaw.us

*Attorney for Plaintiff*


LAW OFFICES OF DAVID SURO
David Suro (Colorado Attorney ID No. 24805)
Pro Hac Vice
1900 Grant Street
Denver, CO 80203
(303) 586-5720
Email: surolaw@msn.com

*Attorney for Plaintiff*


Dated: May 7, 2019                      SUSAN L. SEGAL
City Attorney
By
___/s/  *Sarah McLaren*_____
TRACEY N. FUSSY (0311807)
KRISTIN R. SARFF (0388003)
SARAH C.S. MCLAREN (0345878)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street
City Hall, Room 210
Minneapolis, MN  55415
(612) 673-2254

*Attorneys for Defendants Dustin Schwarze and Mark Ringgenberg*

2