UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| James Clark, as Trustee for the Heirs and next of Kin of Jamar Lemont Clark, decedent,<br><br>                 Plaintiff,<br><br>vs.<br><br>Officer Mark Ringgenberg, in his Official Capacity as a Minneapolis Police Officer,<br><br>                 Defendant. | Court File No. 17-CV-01973 (MJD/TNL)<br><br>**DEFENDANT'S MOTION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE** |

_____

PLEASE TAKE NOTICE that Defendant Mark Ringgenberg hereby moves the Court pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rules 6.1 and 7.1 of the Local Rules for an Order extending the deadline for the filing of Defendant's reply memoranda in support of his two pending dispositive motions to August 30, 2019. Defendant also seeks a modification of the date for hearing Defendant's motion for summary judgment and motion to exclude the plaintiff's expert to a date at least seven days after Defendant's extended deadline for reply memoranda.  This extension and modification will permit the Minneapolis City Council to consider the tentative settlement that was reached between Plaintiff and the City Attorney's Office at its next meeting, August 23, 2019, prior to the Court or parties putting additional resources into litigating this matter.  This motion is made upon all the files, records, and proceedings herein.

Dated: August 9, 2019

SUSAN L. SEGAL
City Attorney
By
*/s Kristin R. Sarff*
TRACEY N. FUSSY (0311807)
KRISTIN R. SARFF (0388003)
SARAH C.S. MCLAREN (0345878)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street
City Hall, Room 210
Minneapolis, MN  55415
(612) 673-3919

*Attorneys for Defendant Mark Ringgenberg*