UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| James Clark, as Trustee for the Heirs and next of Kin of Jamar Lemont Clark, decedent,<br><br>                   Plaintiff,<br><br>vs.<br><br>Officer Mark Ringgenberg, in his Official Capacity as a Minneapolis Police Officer,<br><br>                   Defendant. | Court File No. 17-CV-01973 (MJD/TNL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXTEND BRIEFING SCHEDULE AND MODIFY HEARING DATE** |

_____

This matter came on for hearing before the Honorable Michael J. Davis, Senior U.S. District Court Judge, United States District Court, Courtroom 13E, 300 South Fourth Street, Minneapolis, Minnesota, pursuant to Defendant's motion to extend briefing schedule and to modify hearing date.

Appearances were as noted in the record. The Court, having heard the arguments of counsel and based upon all the files, records, and proceedings herein, and for good cause shown, makes the following:

**ORDER**

1. The Defendant shall file and serve any reply memoranda in support of his two pending dispositive motions on or before August 30, 2019.

2. The hearing on the Defendant's two pending dispositive motions is set for September 6, 2019 at 9:00 a.m. in Courtroom 13E, U.S. Courthouse, 300 South 4th Street, Minneapolis, Minnesota.

2

Dated:                          BY THE COURT

_____
The Honorable Michael J. Davis
United States District Court