UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| James Clark, as Trustee for the Heirs and next of Kin of Jamar Lemont Clark, decedent, | Court File No. 17-CV-01973 (MJD/TNL) |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| Officer Mark Ringgenberg, in his Official Capacity as a Minneapolis Police Officer, | |
| Defendant. | |

_____

The above-captioned matter came before the Court on the parties' Stipulation of Dismissal. (Doc. No. 92). Based upon the parties' Stipulation of Dismissal, the Court hereby orders the Amended Complaint and case dismissed against the Defendant with prejudice and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 12, 2019          BY THE COURT

                                   <u>/s Michael J. Davis</u>
                                   Michael J. Davis
                                   United States District Court